UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORION S. EHRINGER, | No. 2:16-cv-1955-GEB-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

On September 8, 2016, plaintiff filed a motion for the undersigned to recuse himself from this case, because plaintiff had filed another case in this court naming the undersigned as a defendant. See Ehringer v. Newman, 2:16-cv-2074-TLN-EFB. (ECF No. 4.)  However, as best the undersigned can tell, his only involvement with plaintiff had been in a prior action, Ehringer v. Superior Court of California County of Plumas, 2:15-cv-71-TLN-KJN, in which the undersigned took the sole action of dismissing plaintiff's case upon plaintiff's own request.

Thus, there does not appear to be a proper basis for recusal in this case.  As such, the court denies plaintiff's motion, but without prejudice to any future motion making a proper showing as to why recusal is warranted.

////

///

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for recusal is DENIED
2  WITHOUT PREJUDICE.  Plaintiff's motion to proceed *in forma pauperis*, which remains
3  pending, will be resolved by separate order in due course.
4  This order resolves ECF No. 4.
5  Dated:  September 16, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE